# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | ) ) ) ) ) | **Civil No. 07-01808 (ADM/AJB)** |
| Plaintiff, | ) ) | |
| vs. | ) ) | **NOTICE OF APPEARANCE** |
| Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1-100, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jack M. Fribley shall appear as counsel of record for Defendant Nutro Products, Inc., and Defendant PetSmart, Inc., in this case.

Dated:  April 27, 2007

s/ Jack M. Fribley
Jack M. Fribley #31999
jfribley@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Tel.:  (612) 766-7112
Fax:  (612) 766-1600

**Attorneys for Defendants Nutro Products, Inc. and PetSmart, Inc**

fb.us.1993424.01