# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1-100,<br><br>Defendants. | **Civil No. 07-1808 (ADM/AJB)**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 27, 2007, I caused the following document:

**Notice of Appearance** for Jack M. Fribley

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an

e-notice of electronic filing to the following:

- Garrett D Blanchfield, Jr
  g.blanchfield@rwblawfirm.com k.schulte@rwblawfirm.com

- Mark Reinhardt
  mreinhardt@comcast.net k.schulte@rwblawfirm.com

I further certify that I caused a copy of the foregoing document and the Notice of

Electronic Filing to be mailed by first class mail, postage paid, to the following non-ECF

participants:

-2-

Ilan Chorowsky
Progressive Law Group, LLC
1130 North Dearborn Street, Ste. 3110
Chicago, IL 60610

Noah Golden-Krasner
Frank Joblonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

Dated:  April 27, 2007                         s/ Jack M. Fribley
                                                            Jack M. Fribley #31999
                                                               jfribley@faegre.com
                                                            Faegre & Benson LLP
                                                            2200 Wells Fargo Center
                                                            90 South Seventh Street
                                                            Minneapolis, MN  55402-3901
                                                            Tel.:   (612) 766-8343
                                                            Fax:   (612) 766-1600

                                                            **Attorneys for Defendants Nutro Products, Inc. and PetSmart, Inc.**

fb.us.1998038.01