# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1-100, <br><br> Defendants. | **Civil No. 07-1808 (ADM/AJB)** <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on April 27, 2007, I caused the following document:

**Notice of Appearance** for Krisann C. Kleibacker Lee

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

- Garrett D Blanchfield, Jr
  g.blanchfield@rwblawfirm.com k.schulte@rwblawfirm.com

- Mark Reinhardt
  mreinhardt@comcast.net k.schulte@rwblawfirm.com

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

-2-

Ilan Chorowsky
Progressive Law Group, LLC
1130 North Dearborn Street, Ste. 3110
Chicago, IL 60610

Noah Golden-Krasner
Frank Joblonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

Dated:  April 27, 2007

s/ Krisann C. Kleibacker Lee
Krisann C. Kleibacker Lee #32856X
  kklee@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Tel.:   (612) 766-8343
Fax:   (612) 766-1600

**Attorneys for Defendants Nutro Products, Inc. and PetSmart, Inc.**

fb.us.1997957.01