# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | **Civil No. 07-1808 (ADM/AJB)** |
| Plaintiff, | |
| v. | |
| Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1 through 100 | **JOINT STIPULATION FOR EXTENSION TO ANSWER FOR DEFENDANTS NUTRO PRODUCTS, INC. AND PETSMART, INC.** |
| Defendants. | |

Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated, and Defendants Nutro Products, Inc. and PetSmart, Inc., hereby jointly stipulate to entry of the accompanying proposed order. The parties have stipulated to a 30-day extension for the time to answer Plaintiff's Complaint, which was served on April 12, 2007. Defendants Nutro Products, Inc. and PetSmart, Inc., shall answer the Complaint by June 1, 2007.

| | |
|---|---|
| Dated:   April 27, 2007 | s/ Garrett D. Blanchfield, Jr. |
| | Garrett D. Blanchfield, Jr. #209855 |
| | Mark Reinhardt #90530 |
| | Attorneys for Plaintiff |
| | Reinhardt Wendorf & Blanchfield |
| | E-1250 First National Bank Bldg. |
| | 332 Minnesota Street |
| | St. Paul, MN 55101 |
| | Tel.:   (651) 287-2100 |
| | Fax:   (651) 287-2103 |
| | |
| | **Attorneys for Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated** |
| | |
| Dated:   April 27, 2007 | s/ Krisann C. Kleibacker Lee |
| | Jack M. Fribley #31999 |
| | Krisann C. Kleibacker Lee #32856X |
| | Faegre & Benson LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN  55402-3901 |
| | Tel.:   (612) 766-7000 |
| | Fax:   (612) 766-1600 |
| | |
| | **Attorneys for Defendants Nutro Products, Inc. and PetSmart, Inc.** |

fb.us.1991999.03