# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1-100,<br><br>Defendants. | **Civil No. 07-1808 (ADM/AJB)**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 30, 2007, I caused the following document:

**Joint Stipulation for Extension to Answer for
Defendants Nutro Products, Inc. and PetSmart, Inc.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an

e-notice of electronic filing to the following:

- Garrett D Blanchfield, Jr
  g.blanchfield@rwblawfirm.com k.schulte@rwblawfirm.com

- Jack M Fribley
  jfribley@faegre.com dboehme@faegre.com;ayates@faegre.com

- Mark Reinhardt
  mreinhardt@comcast.net k.schulte@rwblawfirm.com

-2-

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Ilan Chorowsky
Progressive Law Group, LLC
1130 North Dearborn Street, Ste. 3110
Chicago, IL 60610

Noah Golden-Krasner
Frank Joblonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

**Magistrate Judge Boylan at boylan_chambers@mnd.uscourts.gov**

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

- Garrett D Blanchfield, Jr
  g.blanchfield@rwblawfirm.com k.schulte@rwblawfirm.com

- Jack M Fribley
  jfribley@faegre.com dboehme@faegre.com;ayates@faegre.com

- Mark Reinhardt
  mreinhardt@comcast.net k.schulte@rwblawfirm.com

Ilan Chorowsky
Progressive Law Group, LLC
1130 North Dearborn Street, Ste. 3110
Chicago, IL 60610

-3-

Noah Golden-Krasner
Frank Joblonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

Dated: April 30, 2007

s/ Krisann C. Kleibacker Lee
Krisann C. Kleibacker Lee #32856X
  kklee@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Tel.:  (612) 766-8343
Fax:  (612) 766-1600

**Attorneys for Defendants Nutro Products, Inc. and PetSmart, Inc.**

fb.us.1999515.01