# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1 through 100<br><br>    Defendants. | **Civil No. 07-1808 (ADM/AJB)**<br><br><br><br>**EXTENSION TO ANSWER FOR DEFENDANTS NUTRO PRODUCTS, INC. AND PETSMART, INC.** |

Pursuant to the accompanying stipulation by Defendants Nutro Products, Inc. and PetSmart, Inc., and Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated (Docket No. 5), Defendants Nutro Products, Inc. and PetSmart, Inc., are hereby granted a 30-day extension to answer the Amended Complaint.

DATED: May 1, 2007

s/ Arthur J. Boylan
HON. ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE