UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHANIE ROZMAN,
          Plaintiff,                                    ORDER

          v.                                          Civil No. 07-1808  ADM/AJB

MENU FOODS INCOME FUND, ET. AL.,
          Defendants.

WENDY KROSSCHELL,
          Plaintiff,

          v.                                        Civil No. 07-2108 RHK/AJB

MENU FOODS INCOME FUND, ET. AL.,
          Defendants.

      Case No. 07-1808 ADM/AJB having been assigned to Judge Ann D. Montgomery and Case No. 07-2108 RHK/AJB having been later assigned to Judge Richard H. Kyle, and said matters being related cases;

      IT IS HEREBY ORDERED that Case No. 07-2108 RHK/AJB be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated June 29, 2006.

      IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: May 1, 2007                                    s/Ann D. Montgomery

                                                            JUDGE ANN D. MONTGOMERY
                                                            UNITED STATES DISTRICT COURT

Dated: May 1, 2007                                    s/ Richard H. Kyle
                                                            JUDGE RICHARD H. KYLE
                                                            UNITED STATES DISTRICT COURT