UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | Civil No. 07-1808 (ADM/AJB) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Menu Foods Midwest Corporation; Menu foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc., Petco Animal Supplies Stores, Inc.; ChemNutra Inc.; PetSmart, Inc.; and John Does 1 – 100, | |
| Defendants. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Michael S. Kreidler shall appear as counsel of record for Defendant ChemNutra Inc. in this case.

                    **STICH, ANGELL, KREIDLER & DODGE, P.A.**

Date: 5/7/2007          **s/ Michael S. Kreidler**
Michael S. Kreidler (#58191)
mkreidler@stichlaw.com
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401
(612) 333-6251
(612) 333-1940 (fax)

and

Anthony G. Brazil
abrazil@mpplaw.com
Megan S. Wynne
mwynne@mpplaw.com
Morris Polich & Purdy P.L.L.P.
1055 W. Seventh Street
24th Floor
Los Angeles, CA 90017
(213) 417-5109
(213) 488-1178 (fax)

**Attorneys for ChemNutra Inc.**