UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | ) ) ) ) | Civil No. 07-1808 (ADM/AJB) |
| Plaintiff, | ) ) ) | |
| vs. Menu Foods Midwest Corporation; Menu foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc., Petco Animal Supplies Stores, Inc.; ChemNutra Inc.; PetSmart, Inc.; and John Does 1 – 100, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT CHEMNUTRA INC.** |
| Defendants. | ) ) | |

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ChemNutra Inc. has no parent corporation and no publicly owned corporation owns 10% or more of its stock.

**STICH, ANGELL, KREIDLER & DODGE, P.A.**

Date: 5/7/2007

 s/ Louise A. Behrendt
Michael S. Kreidler (#58191)
mkreidler@stichlaw.com
Louise A. Behrendt (#201169)
lbehrendt@stichlaw.com
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401
(612) 333-6251
(612) 333-1940 (fax)

and

Anthony G. Brazil
abrazil@mpplaw.com
Megan S. Wynne
mwynne@mpplaw.com
Morris Polich & Purdy P.L.L.P.
1055 W. Seventh Street
24th Floor
Los Angeles, CA 90017
(213) 417-5109
(213) 488-1178 (fax)

**Attorneys for ChemNutra Inc.**