UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | ) ) ) ) | Civil No. 07-1808 (ADM/AJB) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **JOINT STIPULATION FOR EXTENSION TO RESPOND FOR DEFENDANT CHEMNUTRA INC.** |
| Menu Foods Midwest Corporation; Menu foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc., Petco Animal Supplies Stores, Inc.; ChemNutra Inc.; PetSmart, Inc.; and John Does 1 – 100, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated, and Defendant ChemNutra Inc., hereby jointly stipulate to entry of the accompanying proposed order. The parties have stipulated to a 30-day extension of time for Defendant ChemNutra Inc. to respond to Plaintiff's Complaint, which was served on April 16, 2007. Pursuant to the extension, Defendant ChemNutra Inc.'s response to the Complaint is due on June 6, 2007.

                        **REINHARDT WENDORF & BLANCHFIELD**

Date:  May 7, 2007.      **s/ Garrett D. Blanchfield, Jr.**
                                        Garrett D. Blanchfield, Jr. (#209855)
                                        Mark Reinhardt (#90530)
                                        E-1250 First National Bank Bldg.
                                        332 Minnesota Street
                                        St. Paul, MN 55101
                                        (651) 287-2100
                                        (651) 287-2103 (fax)

                                        **Attorneys for Plaintiff Stephanie Rozman Individually and on behalf of all others similarly situated**

                                        **STICH, ANGELL, KREIDLER & DODGE, P.A.**

Date:  5/7/2007      **s/ Louise A. Behrendt**
                                          Michael S. Kreidler (#58191)
                                          mkreidler@stichlaw.com
                                          Louise A. Behrendt (#201169)
                                          lbehrendt@stichlaw.com
                                          The Crossings, Suite 120
                                          250 Second Avenue South
                                          Minneapolis, MN 55401
                                          (612) 333-6251
                                          (612) 333-1940 (fax)

and

Anthony G. Brazil
abrazil@mpplaw.com
Megan S. Wynne
mwynne@mpplaw.com
Morris Polich & Purdy P.L.L.P.
1055 W. Seventh Street
24th Floor
Los Angeles, CA 90017
(213) 417-5109
(213) 488-1178 (fax)

**Attorneys for ChemNutra Inc.**