UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | ) ) ) ) | Civil No. 07-1808 (ADM/AJB) |
| Plaintiff, | ) ) | |
| vs. | ) ) | **CERTIFICATE OF SERVICE** |
| Menu Foods Midwest Corporation; Menu foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc., Petco Animal Supplies Stores, Inc.; ChemNutra Inc.; PetSmart, Inc.; and John Does 1 – 100, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

I hereby certify that on (date), I caused the following documents:

1. *Notice of Appearance – Louise A. Behrendt;*
2. *Notice of Appearance – Michael S. Kreidler;*
3. *Rule 7.1 Disclosure Statement of Defendant ChemNutra Inc.;* and
4. *Joint Stipulation for Extension to Respond for Defendant ChemNutra Inc.*,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Plaintiff Stephanie Rozman**

      Garrett D. Blanchfield, Jr., g.blanchfield@rwblawfirm.com
      Mark Reinhardt, mreinhardt@comcast.net

**Defendant Nutro Products, Inc.**

        Jack M. Fribley, jfribley@faegre.com
        Krisann Kleibacker C. Lee, kklee@faegre.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

   *None.*

Dated:  5/7/2007                                         **s/ Louise A. Behrendt**
                                                                    Louise A. Behrendt