UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, ) ) ) ) | Civil No. 07-1808 (ADM/AJB) |
| Plaintiff, ) ) | |
| vs. ) Menu Foods Midwest Corporation; ) Menu foods Income Fund; Menu ) Foods Limited; Menu Foods Inc.; ) Menu Foods Holdings, Inc.; Nutro ) Products, Inc.; Petco Animal ) Supplies, Inc., Petco Animal ) Supplies Stores, Inc.; ) ChemNutra Inc.; ) PetSmart, Inc.; and John Does ) 1 – 100, ) ) Defendants. ) ) | **ORDER FOR EXTENSION TO RESPOND FOR DEFENDANT CHEMNUTRA INC.** |

Pursuant to the accompanying stipulation by Defendant ChemNutra and Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated (Docket No. 11), Defendant ChemNutra Inc. is hereby granted a 30-day extension to respond to the Complaint.

Dated: May 7, 2007            s/ Arthur J. Boylan
                              HON. ARTHUR J. BOYLAN
                              UNITED STATES MAGISTRATE
                              JUDGE