## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | ) ) ) | **Civil No. 07-1808 (ADM/AJB)** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1 through 100, | ) ) ) ) ) ) ) ) ) ) | **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS NUTRO PRODUCTS, INC. AND PETSMART, INC.** |
| Defendants. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nutro Products, Inc. ("Nutro") discloses that its parent is SSSI, LLC, a Delaware limited liability company. Neither Nutro nor SSSI, LLC are more than 10 percent owned by any publicly held corporation. Defendant PetSmart, Inc. ("PetSmart") discloses that it has no parent company and that T. Rowe Price Associates, Inc. beneficially owns more than 10 percent of PetSmart's stock.

Dated:  May 17, 2007

s/ Krisann C. Kleibacker Lee

Jack M. Fribley #31999
Krisann C. Kleibacker Lee #32856X
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Tel.:  (612) 766-7000
Fax:  (612) 766-1600

**Attorneys for Defendants Nutro
Products, Inc. and PetSmart, Inc.**

fb.us.2049699.01