# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | Civil No. 07-1808 (ADM/AJB) |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1-100, | |
| Defendants. | |

I hereby certify that on May 17, 2007, I caused the following document:

**Rule 7.1 Disclosure Statement of**
**Defendants Nutro Products, Inc. and PetSmart, Inc.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an

e-notice of electronic filing to the following:

- Louise A Behrendt
  lbehrendt@stichlaw.com bschmick@stichlaw.com;jangell@stichlaw.com

- Garrett D Blanchfield, Jr
  g.blanchfield@rwblawfirm.com k.schulte@rwblawfirm.com

- Jack M Fribley
  jfribley@faegre.com dboehme@faegre.com;ayates@faegre.com

- Michael S Kreidler
  mkreidler@stichlaw.com afiebiger@stichlaw.com,lbehrendt@stichlaw.com

- Mark Reinhardt
  mreinhardt@comcast.net k.schulte@rwblawfirm.com

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Ilan Chorowsky
Progressive Law Group, LLC
1130 North Dearborn Street, Ste. 3110
Chicago, IL 60610

Noah Golden-Krasner
Frank Joblonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

|  |  |
|---|---|
| Dated: May 17, 2007 | s/ Krisann C. Kleibacker Lee |
|  | Krisann C. Kleibacker Lee #32856X |
|  | kklee@faegre.com |
|  | Faegre & Benson LLP |
|  | 2200 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN  55402-3901 |
|  | Tel.:   (612) 766-8343 |
|  | Fax:   (612) 766-1600 |
|  | |
|  | **Attorneys for Defendants Nutro Products, Inc. and PetSmart, Inc.** |

fb.us.2049828.01