## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | Civil No. 07-1808 (ADM/AJB) |
| Plaintiff, | |
| v. | |
| Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1 through 100 | **JOINT STIPULATION FOR EXTENSION TO ANSWER OR OTHERWISE PLEAD FOR DEFENDANTS NUTRO PRODUCTS, INC., CHEMNUTRA, INC., AND PETSMART, INC.** |
| Defendants. | |

Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated, and Defendants Nutro Products, Inc., PetSmart, Inc., and ChemNutra, Inc., hereby stipulate to entry of the accompanying proposed order. The parties have stipulated to an extension for the time to answer or otherwise plead until fourteen days after the Multi-District Litigation Panel issues its order(s) on the motions pending before it regarding this litigation.

Dockets.Justia.com

Dated:  May 31, 2007               s/ Garrett D. Blanchfield, Jr.
                                                              Garrett D. Blanchfield, Jr. #209855
Mark Reinhardt #90530
Attorneys for Plaintiff
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN  55101
Tel.:   (651) 287-2100
Fax:   (651) 287-2103

**Attorneys for Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated**

Dated:  June 1, 2007               s/ Louise A. Behrendt
Louise A. Behrendt #201169
Michael S. Kreidler #58191
Stich, Angell, Kreidler & Dodge, P.A.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN  55401
Tel:   (612) 333-6251
Fax:   (612) 333-1940

**Attorneys for Defendant ChemNutra, Inc.**

-3-

| | |
|---|---|
| Dated:   May 31, 2007 | s/ Krisann C. Kleibacker Lee |
| | Jack M. Fribley #31999 |
| | Krisann C. Kleibacker Lee #32856X |
| | Faegre & Benson LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN  55402-3901 |
| | Tel.:   (612) 766-7000 |
| | Fax:   (612) 766-1600 |

**Attorneys for Defendants Nutro Products, Inc. and PetSmart, Inc.**

fb.us.2079500.03