# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1 through 100 <br><br> Defendants. | **Civil No. 07-1808 (ADM/AJB)** <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on June 1, 2007, I caused the following document:

## JOINT STIPULATION FOR EXTENSION TO ANSWER
## OR OTHERWISE PLEAD FOR DEFENDANTS
## NUTRO PRODUCTS, INC., CHEMNUTRA, INC., AND PETSMART, INC.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an

e-notice of electronic filing to the following:

**Louise A Behrendt**
**lbehrendt@stichlaw.com**, **bschmick@stichlaw.com jangell@stichlaw.com**

**Garrett D Blanchfield , Jr**
**g.blanchfield@rwblawfirm.com k.schulte@rwblawfirm.com**

**Jack M Fribley**
**jfribley@faegre.com**, **dboehme@faegre.com**, **ayates@faegre.com**

**Michael S Kreidler**
mkreidler@stichlaw.com, afiebiger@stichlaw.com, lbehrendt@stichlaw.com

**Krisann Kleibacker C Lee**
kklee@faegre.com, dybarra@faegre.com

**Mark Reinhardt**
mreinhardt@comcast.net, k.schulte@rwblawfirm.com

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Ilan Chorowsky
Progressive Law Group, LLC
1130 North Dearborn Street, Ste. 3110
Chicago, IL 60610

Noah Golden-Krasner
Frank Joblonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

**Magistrate Judge Boylan at boylan_chambers@mnd.uscourts.gov**

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

**Louise A Behrendt**
lbehrendt@stichlaw.com, bschmick@stichlaw.com jangell@stichlaw.com

**Garrett D Blanchfield , Jr**
g.blanchfield@rwblawfirm.com k.schulte@rwblawfirm.com

**Jack M Fribley**
jfribley@faegre.com, dboehme@faegre.com, ayates@faegre.com

-2-

**Michael S Kreidler**
mkreidler@stichlaw.com, afiebiger@stichlaw.com, lbehrendt@stichlaw.com

**Krisann Kleibacker C Lee**
kklee@faegre.com, dybarra@faegre.com

**Mark Reinhardt**
mreinhardt@comcast.net, k.schulte@rwblawfirm.com

**Ilan Chorowsky**
Progressive Law Group, LLC
1130 North Dearborn Street, Ste. 3110
Chicago, IL 60610

**Noah Golden-Krasner**
**Frank Joblonski**
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

|  |  |
|---|---|
| Dated: June 1, 2007 | s/ Krisann C. Kleibacker Lee |
|  | Krisann C. Kleibacker Lee #32856X |
|  |   kklee@faegre.com |
|  | Faegre & Benson LLP |
|  | 2200 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN  55402-3901 |
|  | Tel.:   (612) 766-8343 |
|  | Fax:   (612) 766-1600 |
|  | |
|  | **Attorneys for Defendants Nutro Products, Inc. and PetSmart, Inc.** |

fb.us.2083433.01

-3-