# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman,<br>individually and on behalf of all others<br>similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1 through 100<br><br>                Defendants. | **Civil No. 07-1808 (ADM/AJB)**<br><br><br><br>**EXTENSION TO ANSWER OR OTHERWISE PLEAD FOR DEFENDANTS NUTRO PRODUCTS, INC., CHEMNUTRA, INC., AND PETSMART, INC.** |

Pursuant to the accompanying stipulation by Defendants Nutro Products, Inc., PetSmart, Inc., and ChemNutra, Inc., and Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated (Docket No. 15), Defendants Nutro Products, Inc., PetSmart, Inc., and ChemNutra, Inc., are hereby granted an extension to answer or otherwise plead until fourteen days after the Multi-District Litigation Panel issues its order(s) on the motions pending before it regarding this litigation.

DATED: June 4, 2007                      s/ Arthur J. Boylan
                                                    HON. ARTHUR J. BOYLAN
                                                    UNITED STATES MAGISTRATE JUDGE