IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STEPHANIE ROZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, MENU FOODS LIMITED, MENU FOODS INC., MENU FOODS HOLDINGS, INC., NUTRO PRODUCTS, INC., PETSMART, INC., CHEMNUTRA INC., and JOHN DOES 1 through 100,<br><br>Defendants. | Case No: 07-CV-01808 (ADM/AJB)<br><br><br><br><br><br><br><br>**NOTICE OF SUBSTITUTION<br>AND<br>WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that James S. Simonson and Gray, Plant, Mooty, Mooty & Bennett, P.A., are substituted as counsel for defendant PetSmart, Inc. in this case and that Jack M. Fribley, Krisann C. Kleibacker Lee, and Faegre & Benson LLP hereby consent to such substitution and withdraw as counsel for said defendant.

Dated at Minneapolis, Minnesota this 28th day of June, 2007.

                        GRAY, PLANT, MOOTY,
                          MOOTY & BENNETT, P.A.


                        By:  s/ James Simonson
                            James S. Simonson (# 101333)
                        500 IDS Center
                        80 South Sixth Street
                        Minneapolis, MN  55402
                        Telephone:  612-632-3300
                        Facsimile:  612-632-4300
                        e-mail:  james.simonson@gpmlaw.com

                        - and -

                        Mark C. Goodman
                        SQUIRE, SANDERS & DEMPSEY L.L.P.
                        One Maritime Plaza, Suite 300
                        San Francisco, CA  94111
                        Telephone:  415-954-0200
                        Facsimile:  415-393-9887
                        e-mail:  MGoodman@ssd.com



Dated at Minneapolis, Minnesota this 28th day of June, 2007.

                        FAEGRE & BENSON LLP


                        By:  s/ Krisann Kleibacker Lee
                            Jack M. Fribley (# 31999)
                            Krisann C. Kleibacker Lee (# 32856X)
                        2200 Wells Fargo Center
                        90 South Seventh Street
                        Minneapolis, MN  55402-3901
                        Telephone:  612-766-7112
                        Facsimile:  612-766-1600


GP:2220115 v1