## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| STEPHANIE ROZMAN, individually and on behalf of all others similarly situated, | ) ) ) | Case No: 07-CV-01808 (ADM/AJB) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, MENU FOODS LIMITED, MENU FOODS INC., MENU FOODS HOLDINGS, INC., NUTRO PRODUCTS, INC., PETSMART, INC., CHEMNUTRA INC., and JOHN DOES 1 through 100, | ) ) ) ) ) ) ) ) ) | **CERTIFICATE OF SERVICE** |
| Defendants. | ) ) | |

I hereby certify that on June 28, 2007, I caused the following document:

**Notice of Substitution and Withdrawal of Counsel**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an

e-notice of the electronic filing to the following:

Louise A. Behrendt
lbehrendt@stichlaw.com

Garrett D. Blanchfield, Jr.
g.blanchfield@rwblawfirm.com

Ilan Chorowsky
ichorowsky@gmail.com

Jack M. Fribley
jfribley@faegre.com

Noah Golden-Krasner
noah@mainstreetjustice.com

Frank Jablonski
frankj@progressivelaw.com

Michael S. Kreidler
mkreidler@stichlaw.com

Krisann C. Kleibacker Lee
kklee@faegre.com

Mark Reinhardt
mreinhardt@comcast.net


Dated:  June 28, 2007                           s/ James S. Simonson
                                                James S. Simonson (# 101333)
                                                Gray, Plant, Mooty, Mooty & Bennett, P.A.
                                                500 IDS Center
                                                80 South Sixth Street
                                                Minneapolis, MN  55402
                                                Telephone:  612-632-3300
                                                Facsimile:  612-632-4300
                                                e-mail:  james.simonson@gpmlaw.com

                                                ATTORNEYS FOR PETSMART, INC.


GP:2220412 v1