# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1 through 100 <br><br> Defendants. | **Civil No. 07-1808 (ADM/AJB)** <br><br><br><br> **JOINT STIPULATION FOR EXTENSION TO ANSWER OR OTHERWISE PLEAD FOR DEFENDANTS NUTRO PRODUCTS, INC., CHEMNUTRA, INC., AND PETSMART, INC.** |

Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated, and Defendants Nutro Products, Inc., PetSmart, Inc., and ChemNutra, Inc., hereby stipulate to entry of the accompanying proposed order. The parties have stipulated to an extension for the time to answer or otherwise plead until August 31, 2007 or fourteen days after the District of New Jersey accepts transfer of this action, whichever is earlier.

|  |  |
|---|---|
| Dated:   July 2, 2007 | s/ Garrett D. Blanchfield, Jr. |
|  | Garrett D. Blanchfield, Jr. #209855 |
|  | Mark Reinhardt #90530 |
|  | Reinhardt Wendorf & Blanchfield |
|  | E-1250 First National Bank Bldg. |
|  | 332 Minnesota Street |
|  | St. Paul, MN  55101 |
|  | Tel.:   (651) 287-2100 |
|  | Fax:   (651) 287-2103 |
|  |  |
|  | **Attorneys for Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated** |
|  |  |
| Dated:   June 29, 2007 | s/ James S. Simonson |
|  | James S. Simonson #101333 |
|  | Gray, Plant, Mooty, Mooty & Bennett, P.A. |
|  | 500 IDS Center |
|  | 80 South Sixth Street |
|  | Minneapolis, MN  55402 |
|  | Tel:    (612) 632-3300 |
|  | Fax:   (612) 632-4300 |
|  |  |
|  | **Attorneys for Defendant PetSmart, Inc.** |
|  |  |
| Dated:   June 29, 2007 | s/ Louise A. Behrendt |
|  | Louise A. Behrendt #201169 |
|  | Michael S. Kreidler #58191 |
|  | Stich, Angell, Kreidler & Dodge, P.A. |
|  | The Crossings, Suite 120 |
|  | 250 Second Avenue South |
|  | Minneapolis, MN  55401 |
|  | Tel:    (612) 333-6251 |
|  | Fax:   (612) 333-1940 |
|  |  |
|  | **Attorneys for Defendant ChemNutra, Inc.** |

-3-

|  |  |
|---|---|
| Dated: June 29, 2007 | s/ Krisann C. Kleibacker Lee |
|  | Jack M. Fribley #31999 |
|  | Krisann C. Kleibacker Lee #32856X |
|  | Faegre & Benson LLP |
|  | 2200 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN  55402-3901 |
|  | Tel.:   (612) 766-7000 |
|  | Fax:   (612) 766-1600 |
|  | **Attorneys for Defendant Nutro Products, Inc.** |

fb.us.2150118.03