# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1-100, <br><br> Defendants. | **Civil No. 07-1808 (ADM/AJB)** <br><br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on July 2, 2007, I caused the following document:

Joint Stipulation for Extension to Answer or Otherwise Plead for
Defendants Nutro Products, Inc., Chemnutra, Inc., and PetSmart, Inc.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an

e-notice of electronic filing to the following:

- Louise A Behrendt
  lbehrendt@stichlaw.com bschmick@stichlaw.com;jangell@stichlaw.com

- Garrett D Blanchfield, Jr
  g.blanchfield@rwblawfirm.com k.schulte@rwblawfirm.com

- Ilan Chorowsky
  ichorowsky@gmail.com

- Jack M Fribley
  jfribley@faegre.com dboehme@faegre.com;ayates@faegre.com

- Noah Golden-Krasner
  noah@mainstreetjustice.com

- Frank Jablonski
  frankj@progressivelaw.com

- Michael S Kreidler
  mkreidler@stichlaw.com afiebiger@stichlaw.com,lbehrendt@stichlaw.com

- Krisann Kleibacker C Lee
  kklee@faegre.com dybarra@faegre.com

- Mark Reinhardt
  mreinhardt@comcast.net k.schulte@rwblawfirm.com

- James S Simonson
  james.simonson@gpmlaw.com linda.krenzin@gpmlaw.com

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

Mark C. Goodman
Squire, Sanders & Dempsey, L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Magistrate Judge Boylan at boylan_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to all counsel noted above, including Mark Goodman at MGoodman@ssd.com.

Dated:  July 2, 2007

s/ Krisann C. Kleibacker Lee
Krisann C. Kleibacker Lee #32856X
  kklee@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street

-3-

      Minneapolis, MN  55402-3901
      Tel.:   (612) 766-8343
      Fax:   (612) 766-1600

**Attorneys for Defendant**
**Nutro Products, Inc.**

fb.us.2154090.01