# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Stephanie Rozman, individually and on behalf of all others similarly situated, | ) ) ) ) ) | **Civil No. 07-1808 (ADM/AJB)** |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| Menu Foods Midwest Corporation; Menu Foods Income Fund; Menu Foods Limited; Menu Foods Inc.; Menu Foods Holdings, Inc.; Nutro Products, Inc.; Petco Animal Supplies, Inc.; Petco Animal Supplies Stores, Inc.; ChemNutra, Inc.; PetSmart, Inc.; and John Does 1 through 100 | ) ) ) ) ) ) ) ) ) ) | **EXTENSION TO ANSWER OR OTHERWISE PLEAD FOR DEFENDANTS NUTRO PRODUCTS, INC., CHEMNUTRA, INC., AND PETSMART, INC.** |
| Defendants. | ) ) ) ) |  |

Pursuant to the accompanying stipulation by Defendants Nutro Products, Inc., PetSmart, Inc., and ChemNutra, Inc., and Plaintiff Stephanie Rozman, individually and on behalf of all others similarly situated (Docket No. 23), Defendants Nutro Products, Inc., PetSmart, Inc., and ChemNutra, Inc., are hereby granted an extension to answer or otherwise plead until August 31, 2007 or fourteen days after the District of New Jersey accepts transfer of this action, whichever is earlier.

DATED:   July 3, 2007

s/ Arthur J. Boylan
HON. ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE

fb.us.2150113.01

Dockets.Justia.com