# WAIVER OF SERVICE OF SUMMONS

TO:  Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101

I acknowledge receipt of your request that I waive service of a summons in the action of **Stephanie Rozman, individually and on behalf of all others similarly situated v. Menu Foods Midwest Corporation, et. al.** which is **case number 07-cv-1808 (AMD-AJB)** in the United States District Court for the District of Minnesota. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity/ies on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you by the date set by the United States District Court, District of New Jersey, in In Re Pet Foods Products Liability Litigation, Civ. Action No. 07-2867 (NLH), MDL Docket No. 1850.

8/17/07
Date

Signature
Matthew Lepore
DLA Piper
1200 Nineteenth Street, AW
Washington, DC 20036-2412

As Attorney for:

Defendants Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., and Menu Foods Holdings, Inc.